UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x
BARBARA SEAMAN, individually on behalf of : 
herself and all others similarly situated, : 
 : 
                    Plaintiff, :   Case No. 1:24-cv-03944-RER-RML
 : 
v. : 
 : 
 :   **REQUEST FOR CERTIFICATE**
S. MARTINELLI & CO., :   **OF DEFAULT**
 : 
                    Defendant. : 
 : 
 : 
 : 
———————————————————————— x

TO:   BRENNA B. MAHONEY
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant, S. MARTINELLI & CO. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Daniel Markowitz.

Dated: September 11, 2024

                                                     **SULTZER & LIPARI, PLLC**

                                      By: _____
                                                           Daniel Markowitz, Esq.
                                                   85 Civic Center Plaza, Suite 200
                                                            Poughkeepsie, NY 12601
                                                                   Tel: (845) 483-7100
                                                                   Fax: (888) 749-7747
                                       furiap@thesultzerlawgroup.com

                                                   *Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BARBARA SEAMAN, individually on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>S. MARTINELLI & CO.,<br><br>          Defendant. | Case No. 1:24-cv-03944-RER-RML<br><br>**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |

Daniel Markowitz hereby declares as follows:

1. I am an attorney at the law firm Sultzer & Lipari, PLLC, counsel for Plaintiff and those similarly situated (hereinafter collectively "Plaintiffs") in the above-captioned action. I have personal knowledge of the facts set forth in this Affirmation and would testify as to them in a court of law if required to do so. I respectfully submit this Affirmation in support of Plaintiffs' request for certificate of default.

2. This action was commenced pursuant to the filing of a summons and complaint on May 31, 2024 (**Exhibit "A"**). The summons was returned executed on June 6, 2024, indicating service had been completed that day (**Exhibit "B"**).

3. The time for Defendant, S. MARTINELLI & CO. (hereinafter "Defendant"), to answer or otherwise move with respect to the complaint herein expired on June 27, 2024 (**Exhibit "B"**).

4. Defendant has not answered or otherwise moved with respect to the complaint, and the time for Defendant to answer or otherwise move has not been extended.

5. That Defendant is not an infant or incompetent as Defendant is a corporation with adult and competent representatives on its behalf. Defendant is not presently in the military service of the United States as appears from facts in this litigation as named Defendant is a corporation.

6. Defendant is indebted to Plaintiffs, in an amount to be determined at an inquest hearing by the Court to determine damages.

WHEREFORE, Plaintiffs request that the default of Defendant be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: September 11, 2024

**SULTZER & LIPARI, PLLC**

By: _____
Daniel Markowitz, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
markowitzd@thesultzerlawgroup.com

*Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA SEAMAN, individually on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>S. MARTINELLI & CO.,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-03944-RER-RML<br><br>**CERTIFICATE OF DEFAULT** |

　　　　I, Brenna B. Mahoney, Clerk of Court, of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on June 13, 2024, with the filing of a summons and complaint, Defendant ICP Construction, Inc. was served with a summons and complaint on June 6, 2024, proof of such service was filed on September 10, 2024, and the Defendant's Answer was due June 27, 2024.

　　　　I further certify that the docket entries indicate that S. MARTINELLI & CO. has not filed an answer or otherwise moved with respect to the complaint herein.  The default of Defendant S. MARTINELLI & CO. is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

　　　　_____, 2024

　　　　　　　　　　　　　　　　　　　　　　　　BRENNA B. MAHONEY

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court