**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARBARA SEAMAN, on behalf of herself and all others similarly situated, | Case No.: **1:24-cv-03944** |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** **WITH PREJUDICE** |
| S. Martinelli & Co., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in the above-entitled action, that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed with prejudice, without costs to any party as against the other.  All parties shall bear their own attorneys' fees.

Dated: October 2, 2024

| | |
|---|---|
| Jason P. Sultzer, Esq. | Thomas M. Mealiffe, Esq. |
| Sultzer & Lipari, PLLC | Nixon Peabody LLP |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 85 Civic Center Plaza, Suite 200 | 275 Broadhollow Rd., Ste. 300 |
| Poughkeepsie, NY 12601 | Melville, NY 11747 |
| sultzerj@thesultzerlawgroup.com | tmealiffe@nixonpeabody.com |

1

Charles E. Schaffer, Esq.
Levin Sedran & Berman
510 Walnut St., Ste. 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com